No. 4167.—EL PUEBLO, apldo., *v.* ANAZAGASTI, aplte.—C. D. Aguadilla. ▮▮▮▮▮▮▮▮▮▮ Mayo 6, 1930.

Sobreseído el recurso por muerte del acusado.

No. 4055.—EL PUEBLO, apldo., *v.* CANDELARIA, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮▮▮▮▮ Mayo 6, 1930.

Sobreseído el recurso por muerte del acusado.

No. 5305.—SCHLÜTER, apldo., *v.* DÍAZ, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮ Mayo 6, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Por CUANTO, el apelante fué demandado para el pago de ciertas obligaciones vencidas y no satisfechas constantes en varios pagarés firmados por él, que fueron acompañados con la demanda haciéndolos parte de ella;

Por CUANTO, limitó su contestación no jurada a negar generalmente los hechos de la demanda y el día del juicio no asistió a él;

Por CUANTO, dictada sentencia condenatoria de acuerdo con la demanda interpuso el presente recurso de apelación, cuya desestimación se nos pide por el apelado por el fundamento de ser frívola;

Por CUANTO, la apelante no se ha opuesto a esa moción;

Por CUANTO, siendo la demanda suficiente y probada, según declaró la sentencia recurrida, y no habiendo sido negada en la contestación bajo juramento la autenticidad y otorgamiento de los pagarés resulta frívolo este recurso,

Por TANTO, debemos desestimar y desestimamos esta apelación.